*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 19-BS-760**

IN RE LARRY C. WILLIAMS
A Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No.**: 14027                    **DDN**: 334-18

BEFORE: Glickman and Fisher, Associate Judges, and Nebeker, Senior Judge.

## O R D E R
(FILED – September 12, 2019)

On consideration of the petition of the Board on Professional Responsibility pursuant to D.C. Bar R. XI, § 13(c), to suspend respondent indefinitely based on disability, and the accompanying motion for leave to file under seal, and respondent having interposed no objection thereto, it is hereby

ORDERED that the motion for leave to file under seal is granted. It is

FURTHER ORDERED that respondent is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and any pending matters be held in abeyance pursuant to D.C. Bar Rule XI, § 13(g). It is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys. It is

**19-BS-760**

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, §14(g) with the Court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.

## PER CURIAM

Copies to:

Mr. Larry C. Williams
1451 Jonquil Street, NW
Washington, DC 20012


Copies e-Served to:

Matthew G. Kaiser, Esquire
Chair, Board on Professional Responsibility

James T. Phalen, Esquire
Executive Attorney
Board on Professional Responsibility

Hamilton P. Fox, III, Esquire
Disciplinary Counsel


oio